United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NKOZI KUURIRAYA, | § § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-03283 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendant.* | | |

## MEMORANDUM ORDER

Pending before this Court in the above-referenced proceeding is Plaintiff Nkozi Kuuriraya's ("Plaintiff") Motion to Proceed In Forma Pauperis (Doc. No. 6). The recommended ruling in Magistrate Judge Bennett's Report and Recommendation (Doc. No. 16) would resolve this motion by denying Plaintiff's request and requiring Plaintiff to pay the filing fee associated with this case. No parties filed objections to the Report and Recommendation. After a review of the filings, the applicable law, and Judge Bennett's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation and hereby **DENIES** Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 6).

It is so ordered.

Signed on this the 10 day of February 2026.

Andrew S. Hanen
United States District Judge