United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NKOZI KUURIRAYA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  4:25-CV-03283 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| | § | |
| *Defendant.* | | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before this Court in the above-referenced proceeding are Plaintiff Nkozi Kuuriraya's ("Plaintiff") Motions for Summary Judgment (Doc. Nos. 9, 10) and Defendant Houston Independent School District's ("HISD") Motion to Dismiss. (Doc. No. 30). Magistrate Judge Richard Bennett completed a Memorandum and Recommendation that recommends that this Court **GRANTS** HISD's Motion to Dismiss (Doc. No. 30) and **DENIES** Plaintiff's Motions for Summary Judgment (Doc. Nos. 9, 10). Magistrate Judge Bennett further recommends that Plaintiff's Second Amended Complaint be dismissed and that Plaintiff's claims under 18 U.S.C. §§ 1001 and 1346 be dismissed with prejudice and the remaining claims be dismissed without prejudice. Plaintiff filed timely objections to the Memorandum and Recommendation. (Doc. Nos. 37-39, 45).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, Magistrate Judge Bennett's Memorandum and Recommendation, and the objections thereto, and agrees with the conclusion that HISD's Motion to Dismiss (Doc. No. 30) should be **GRANTED**. The Court further agrees that Plaintiff's Second Amended Complaint (Doc. No. 27) should be dismissed, and the

claims brought under 18 U.S.C. §§ 1001 and 1346 be dismissed with prejudice and the remaining claims be dismissed without prejudice. Accordingly, it is hereby ordered that the Memorandum and Recommendation (Doc. No. 36) is **ADOPTED** and Plaintiff's Objections to the Memorandum and Recommendation (Doc. Nos. 37-39, 45) are **OVERRULED.** This case is hereby **DISMISSED**. This Court will enter a final judgment in accordance with Federal Rule of Civil Procedure 58.

It is so ordered.

Signed on this the ___1 5th___ day of June 2026.

_____
Andrew S. Hanen
United States District Judge

2