United States District Court
Southern District of Texas
ENTERED
August 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NKOZI KUURIRAYA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03283 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| *Defendant*. | | |

**ORDER ON MEMORANDUM AND RECOMMENDATION**

Pending before this Court in the above-referenced proceeding is Plaintiff Nkozi Kuuriraya's ("Plaintiff") Motion for Leave to Appeal *In Forma Pauperis*. (Doc. No. 56). The recommended ruling in Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 58) would resolve this motion by denying the Motion for Leave and requiring Plaintiff to pay the filing fee or submit another motion in the court of appeals under Federal Rule of Appellate Procedure 24(a)(5). (*Id.*). Plaintiff timely filed objections to the Memorandum and Recommendation. (Doc. No. 59). After a *de novo* review of the filings, written objections, the applicable law, and Judge Bennett's Memorandum and Recommendation, the Court hereby declines to adopt the Memorandum and Recommendation and hereby grants the Motion for Leave (Doc. No. 56).

While the Court finds, as did the Magistrate Judge, that Plaintiff originally failed to comply with the Federal Rules of Appellate Procedure to request *in forma pauperis* status by failing to attach to the application an affidavit that (1) "claims and entitlement to redress" and (2) "states the issues that the party intends to present on appeal," *see* FED. R. APP. P. 24(a)(1)(B)–(C), the Court finds that the affidavit included in the Objections to the Memorandum and Recommendation after

the Magistrate Judge ruled is sufficient (given Plaintiff's *pro se* status) to meet this requirement. *See* (Doc. No. 59). Though the Court does not necessarily believe that these arguments will ultimately be meritorious on appeal, Plaintiff does set out an overview of the procedural arguments that he intends to set out on appeal and therefore complies with the Federal Rules of Appellate Procedure. (*Id.*). Accordingly, the Court **GRANTS** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 56)

It is so ordered.

Signed on this the 11th day of August 2026.

Andrew S. Hanen
United States District Judge